759 A.2d 228

Gregory **PHAISON**

v.

**STATE of Maryland.**

No. 77, Sept. Term, 2000.

Court of Appeals of Maryland.

Sept. 11, 2000.

Bradford C. Peabody, Assistant Public Defender, Baltimore, for Petitioner.

Rachel Marblestone Kamins, Assistant Attorney General, Baltimore, for Respondent.

Submitted before BELL, C.J., and ELDRIDGE, RODOWSKY, RAKER, WILNER, CATHELL and HARRELL, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for a writ of certiorari in the above-captioned case, it is this 11th day of September, 2000

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, summarily reversed in light of *Kent v. State*, 358 Md. 183, 747 A.2d 656 (2000); *Johnson v. State*, 355 Md. 420, 735 A.2d 1003 (1999); *Okon v. State*, 346 Md. 249, 696 A.2d 441 (1997); *Moten v. State*, 339 Md. 407, 663 A.2d 593 (1995); and *Parren v. State*, 309 Md. 260, 523 A.2d 597 (1987), and the case is remanded to the Court of Special Appeals with directions to reverse the judgment of the Circuit Court for Dorchester County and remand the case to that court for a new trial.

Costs in this Court and in the Court of Special Appeals to be paid by Dorchester County.